# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2014

Robert P. Young, Jr.,
Chief Justice

148840

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

OASIS OIL, LLC,
      Plaintiff-Appellee,

v

SC: 148840
COA: 306700
Wayne CC: 07-729120-CK

MICHIGAN PROPERTIES, LLC,

      Defendant-Appellant,

and

KAZEM SAFIEDINE, and MTK
FAMILY INVESTMENTS, LLC,

      Defendants.

_____/

      On order of the Court, the application for leave to appeal the November 19, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2014



h0721

Clerk